UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
The Huntington National Bank

In Re:
    Ivory Carter

Debtor.

**Order Filed on October 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 20-10783 MBK

Adv. No.:

Hearing Date: 10/28/2020 @ 9:00 a.m..

Judge: Michael B. Kaplan

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 24, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors:   Ivory Carter
Case No:  20-10783 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, The Huntington National Bank, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property 2016 Chrysler 300 VIN 2C3CCAGG8GH175930, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Francis F. Cullari, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of October 13, 2020, Debtor is due for the June 2020 through September 2020 post-petition payments for a total default of $1,588.52 ( 4 @ $525.71, $514.32 less suspense); and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an payments in the amount of $525.71 by October 30, 2020, November 17, 2020, and December 17, 2020; and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the remainder of the arrears plus January's payment by January 17, 2020; and

It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume November 17, 2020, directly to Secured Creditor's servicer, The Huntington National Bank, 5555 Cleveland Ave, GW4W25, Columbus, OH 43231; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.